FILED ORL INTAKE- USBC
20 MAY 2026 AM8:32

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                          Case No. 6:26-bk-399-GER

HOMEMAKERS REAL ESTATE, LLC,          Chapter 7
    Debtor.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Christopher Smith, Esq., of Fromang & Smith, P.A. enters this Notice of Appearance as counsel of record for TIERED CAPITAL, INC., in this action.

Counsel requests that all pleadings, papers, notices, orders, correspondence, and other filings in this action be served upon undersigned counsel at the address and email designations below. Tiered designates the following email addresses for service of pleadings and other documents in this action.

**Primary email:** chris@fromangsmith.com

**Secondary email:** eservice@fromangsmith.com

Respectfully submitted,

**FROMANG & SMITH, P.A.**
4767 New Broad Street
Orlando, Florida 32814
Telephone: (407) 999-9739
Primary email:
chris@fromangsmith.com

By: /s/ Christopher L. Smith

**CHRISTOPHER SMITH, ESQ.**
Florida Bar No. 367461

## CERTIFICATE OF SERVICE

On May 20th, 2026, a true and correct copy of the foregoing was served on all parties in open court.

/s/ Christopher L. Smith
**CHRISTOPHER SMITH, ESQ.**
Florida Bar No. 367461