**ORDERED.**

**Dated: May 26, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Homemakers Real Estate, LLC | ) | Case No. 6:26-bk-01776-GER |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

THIS CASE came before the Court for entry of an appropriate order. On September 2, 2025, an involuntary petition for relief against Homemakers Real Estate, LLC was filed under Chapter 11 of the Bankruptcy Code, commencing Case No. 6:25-bk-05570-GER (the "Involuntary Case"). While the Involuntary Case remained pending and before an order for relief had been entered, this case was commenced by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. On May 21, 2026, the Court entered an order for relief in the Involuntary Case.[1] The Court, having considered the record and in light of the general rule that there can only be one bankruptcy estate pending under a single chapter at a time for a debtor,[2] it is

---

[1] *See Order (1) Denying Motion to Dismiss and Motion to Abstain, (2) Entering Order for Relief, and (3) Setting Deadlines* (Involuntary Case, Doc. No. 229).

[2] *See In re Ducena*, 676 B.R. 77, 83 (Bankr. S.D.N.Y. 2026) ("The majority view holds that 'only one bankruptcy case may be pending at a time for a given debtor.'" (string citing cases)).

2

**ORDERED**:

1.    A hearing is scheduled for **1:00 p.m. on June 9, 2026** at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom D, Orlando, Florida 32801 for parties in interest to show cause why this case should not be dismissed.

2.    Parties in interest shall have until June 2, 2026 to file any written response as to why this case should not be dismissed.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.

2