**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

                                       **CASE NO.: 6:26-bk-01776-GER**

**HOMEMAKERS REAL ESTATE, LLC**      **CHAPTER 7**

        **Debtor.**

_____/

## NOTICE OF EMERGENCY PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN THAT:**

A emergency preliminary hearing in this case will be held before the Honorable Grace E. Robson, United States Bankruptcy Judge on **Tuesday, the 9th day of June 2026 at 01:00 p.m., at the George C. Young Courthouse, 400 W. Washington Street, Orlando, Florida, Courtroom 6D, 6th Floor** to consider and act upon the following and transact such other business that may come before the court:

1. **Emergency Motion of Mainstreet Community Bank of Florida for Entry of an Order (I) Confirming that No Automatic Stay Exists or that Prior Stay Relief Remains Effective or Alternatively (II) Granting Relief from Stay Pursuant to 11 U.S.C.§§362(d)(1), (d)(2) and (d)(4), Including in REM Relief, Waiver of Rule 4001(a)(3), and Request for Emergency Hearing (Doc. No. 30)**

The hearing may be continued upon announcement made in open Court without further notice.

All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 not later than 3 p.m. one business day before the date of the hearing to arrange to participate.

Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

Appropriate Attire.  You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities.  Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**DATED AND EXECUTED** this 29th day of May 2026.

/s/ *Justin M. Luna*
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0037131
jluna@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Fax: 407-481-5801
*Attorney for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**HOMEMAKERS REAL ESTATE, LLC**

**Case No: 6:26-bk-01776-GER**
**CHAPTER 7**

     **Debtor.**

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed provided to the

following by either CM/ECF or U.S. Mail on May 29, 2026:

| | |
|---|---|
| Lindsey Savastano, Esq.<br>McMichael Taylor Gray, LLC<br>3550 Engineering Drive, Suite 260<br>Peachtree Corners, GA 30092 | Homemakers Real Estate, LLC<br>10226 Curry Ford Rd.<br>Suite 107 PMB1036<br>Orlando, FL 32825 |
| Matthew Leibert, Esq.<br>Urban Thier & Federer, P.A.<br>5782A S. Semoran<br>Orlando, FL 32822 | Homemakers Real Estate, LLC<br>2875 S. Orange Ave<br>Suite 500 #6409<br>Orlando, FL 32806 |
| Arvind Mahendru<br>5703 Red Bug Lake Rd. #284<br>Winter Springs, FL 32708 | Homemakers Real Estate, LLC<br>202 Ivory Coral Lane Unit 206<br>Merritt Island, FL 32953 |
| United States Trustee - ORL 7 /13<br>Office of the United States Trustee<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801 | Homemakers Real Estate, LLC<br>202 Ivory Coral Lane Unit 303<br>Merritt Island, FL 32953 |
| Homemakers Real Estate, LLC<br>202 Ivory Coral Lane Unit 205<br>Merritt Island, FL 32953 | Homemakers Real Estate, LLC<br>202 Ivory Coral Lane Unit 402<br>Merritt Island, FL 32953 |
| Homemakers Real Estate, LLC<br>202 Ivory Coral Lane Unit 503<br>Merritt Island, FL 32953 | Homemakers Real Estate, LLC<br>202 Ivory Coral Lane Unit 404<br>Merritt Island, FL 32953 |

| Homemakers Real Estate, LLC<br>202 Ivory Coral Lane Unit 504<br>Merritt Island, FL 32953 | Homemakers Real Estate, LLC<br>202 Ivory Coral Lane  Unit 505<br>Merritt Island, FL 32953 |
|---|---|

*/s/ Justin M. Luna*

**Justin M. Luna, Esq.**