

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/09/2026 01:00 PM

COURTROOM   6D, 6th Floor

## HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:26-bk-01776-GER** | **7** | **03/13/2026** |

**Chapter 7**

**DEBTOR:**         Homemakers Real Estate, LLC

**DEBTOR ATTY:**   **Matthew Leibert**

**TRUSTEE:**        **Arvind Mahendru**

**HEARING:**

1) cont. Tamamoi LLC's Motion for an Order Confirming No Automatic Stay is in Effect re: 202 Ivory Coral Lane, Merritt Island, FL 32953 (Doc #19)
2) cont. Tamamoi LLC's Motion for Relief from Stay. (Fee Paid.) Re: 202 Ivory Coral Lane, Merritt Island, FL 32953 (Doc #21)
3)   Order to Show Cause (Doc #36)
4)   Mainstreet's Emergency Motion of Mainstreet Community Bank of Florida for Entry of an Order (1) Confirming that No Automatic Stay Exists or that Prior Stay Relief Remains Effective, or Alternatively (II) Granting Relief from Stay Pursuant to 11 U.S.C.§§ 362(d)(1), (d)(2), and (d)(4), Including In Rem Relief, Waiver of Rule 4001(a)(3), and Request for Emergency Hearing (Doc #30)

PENDING:
Johnson's Request for Judicial Notice (Doc #29)
Johnson's Notice of Filing Letter from Matthew A. Leibert, Esq. to Arvind Mahendru, Chapter 7 Trustee (Doc #31) filed 5/19/26
Note:
Order Granting in Part Tamamoi LLC's Stay Relief Motions and Granting in Part Debtor's Motion to Set Hearing (Doc #27)

**APPEARANCES:**:   Matthew Liebert (Debtor Atty);

**RULING:**
1) cont. Tamamoi LLC's Motion for an Order Confirming No Automatic Stay is in Effect re: 202 Ivory Coral Lane, Merritt Island, FL 32953   (Doc #19) -   Dismissed:Order by CHAMBERS;

2) cont. Tamamoi LLC's Motion for Relief from Stay. (Fee Paid.) Re: 202 Ivory Coral Lane, Merritt Island, FL 32953   (Doc #21) - Dismissed:Order by CHAMBERS;

3)   Order to Show Cause   (Doc #36) - Dismissed:Order by CHAMBERS;

4)   Mainstreet's Emergency Motion of Mainstreet Community Bank of Florida for Entry of an Order (1) Confirming that No Automatic Stay Exists or that Prior Stay Relief Remains Effective, or Alternatively (II) Granting Relief from Stay Pursuant to 11 U.S.C.§§ 362(d)(1), (d)(2), and (d)(4), Including In Rem Relief, Waiver of Rule 4001(a)(3), and Request for Emergency Hearing (Doc #30) -   Dismissed:Order by CHAMBERS ;
(gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.