**ORDERED.**

**Dated: June 11, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Homemakers Real Estate, LLC, | ) | Case No. 6:26-bk-01776-GER |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**ORDER (1) DISMISSING CASE AND
(2) DENYING PENDING REQUESTS FOR RELIEF AS MOOT**

THIS CASE came before the Court on June 9, 2026 at 1:00 p.m. (the "Hearing") upon the

Court's *Order to Show Cause Why Case Should Not Be Dismissed* (Doc. No. 36); the *Motion to*

*Confirm No Stay in Effect and Emergency Hearing Requested* (Doc. No. 19) and the *Motion for*

*Relief from the Automatic Stay and Emergency Hearing Requested* (Doc. No. 21) (collectively,

"Tamamoi's Motions") filed by Secured Creditor Tamamoi LLC; and the *Emergency Motion of*

*Mainstreet Community Bank of Florida for Entry of an Order (I) Confirming that No Automatic*

*Stay Exists or that Prior Stay Relief Remains Effective, or Alternatively (II) Granting Relief from*

*Stay Pursuant to 11 U.S.C. §§ 362(d)(1), (d)(2), and (d)(4), Including In Rem Relief, Waiver of*

*Rule 4001(a)(3), and Request for Emergency Hearing* ("Mainstreet's Motion") (Doc. No. 30) filed

by Secured Creditor Mainstreet Community Bank of Florida. The Court, having considered the

record, the positions of all interested parties, and for the reasons stated in open court at the Hearing, it is

**ORDERED**:

1.	This case is **DISMISSED**.

2.	Any pending requests for relief, including Tamamoi's Motions (Doc. Nos. 19 and 21) and Mainstreet's Motion (Doc. No. 30) are **DENIED AS MOOT**.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.